MIDDLESEX COUNTY UTILITIES AUTHORITY v. CHARLES J. KUPPER, INC., ET AL.

October 25, 1988.

Petition for certification denied.

MIDDLESEX COUNTY UTILITIES AUTHORITY v. CHARLES J. KUPPER, INC., ET AL.

October 25, 1988.

Petition for certification denied.

MIDDLESEX COUNTY UTILITIES AUTHORITY v. CHARLES J. KUPPER, INC., ET AL.

October 25, 1988.

Petition for certification denied.

JOHN M. JACOBSEN, ET AL. v. LOUIS WHITE.

October 27, 1988.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed. (See 110 *N.J.* 293)